| Fill in this information to identify the case: | |
|---|---|
| Debtor name | JEEA LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION |
| Case number (if known): | 17-11255-PGH |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bayview Loan Servicing LLC 1415 W Cypress Creek Rd Ste 200 Fort Lauderdale, FL 33309-1955 | | | Contingent Unliquidated Disputed | $2,031,000.00 | $0.00 | $2,031,000.00 |
| HHH Commerce Center Condominium 2206 W Atlantic Ave Delray Beach, FL 33445-4699 | | | | | | $16,500.00 |
| Palm Beach County Tax Collector 301 N Olive Ave West Palm Beach, FL 33401-4700 | | | | | | $20,480.00 |
| Palm Beach County Tax Collector 301 N Olive Ave West Palm Beach, FL 33401-4700 | | | | | | $17,500.00 |