UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                        CASE NO. 17-11255-PGH
                                              CHAPTER 11
JEEA LLC,

  Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE of the appearance of the undersigned attorney as counsel for AKRON BIOTECHNOLOGY, LLC, an interested party of the above referenced Debtor. Request is made that any and all motions, pleadings, notices, orders, applications, schedules, statement of affairs, amendments to schedules, disclosure statement(s), plan(s) of reorganization, reports and/or documents of any kind or nature filed in this bankruptcy proceeding by the Court, the Debtors, or any other party in interest, be forwarded to the undersigned.

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically where available or by regular mail to all creditors and interested parties on the attached list this 7th day of March, 2017.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

                                RAPPAPORT OSBORNE & RAPPAPORT, PLLC
                                Attorneys for AKRON BIOTECHNOLOGY, LLC
                                1300 North Federal Highway
                                Squires Building, Suite 203
                                Boca Raton, Florida 33432
                                Telephone (561) 368-2200

                                BY:_____
                                   JORDAN L. RAPPAPORT, ESQ.
                                   FL Bar No. 108022

Service List

- Brian R Kopelowitz   kopelowitz@kolawyers.com, herrington@kolawyers.com;greenbaum@kolawyers.com

- Orfelia M Mayor   omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

- Thomas M. Messana   tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;tzeichman@messana-law.com;mwslawfirm@gmail.com

- Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov

- Chad T Van Horn   Chad@cvhlawgroup.com, jay@cvhlawgroup.com,chad@ecf.inforuptcy.com,susan@cvhlawgroup.com,Milagros@cvhlawgroup.com,terri@cvhlawgroup.com,state@cvhlawgroup.com,martha@cvhlawgroup.com,g2320@notify.cincompass.com

- Thomas G Zeichman   tzeichman@messana-law.com, nbarrus@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com;emair@messana-law.com

And the attached creditors matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 17-11255-PGH<br>Southern District of Florida<br>West Palm Beach<br>Tue Mar  7 10:20:40 EST 2017 | Bayview Loan Servicing, LLC<br>c/o Brian R. Kopelowitz<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301-1928 | JEEA LLC<br>6353 W Rogers Cir<br>Ste 1<br>Boca Raton, FL 33487-2757 |
| Palm Beach County Tax Collector<br>c/o Orfelia M Mayor Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Bayview Loan Servicing LLC<br>1415 W Cypress Creek Rd Ste 200<br>Fort Lauderdale, FL  33309-1955 | Craig Brett Stein, Esq.<br>Kopelowitz Ostrow et al<br>1 W Las Olas Blvd Ste 500<br>Fort Lauderdale, FL  33301-1928 |
| HHH Commerce Center Condominium<br>2206 W Atlantic Ave<br>Delray Beach, FL  33445-4699 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jason Writer<br>3720 E Willamette Lane<br>Greenwood CO 80121-1819 |
| Jason Writer<br>3720 E Williamette Ln.<br>Greenwood Village, CO 80121-1819 | Kenneth R. Noble III, Esq.<br>6199 N Federal Hwy<br>Boca Raton, FL  33487-3938 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Palm Beach County Tax Collector<br>301 N Olive Ave<br>West Palm Beach, FL 33401-4791 | Southern Property Logistics LLC<br>PO Box 6332<br>Greenville Sc 29606-6332 | Chad T Van Horn<br>330 N Andrews Ave #450<br>Ft Lauderdale, FL 33301-1012 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)Southern Property Logistics, LLC<br>P.O. Box 6332<br>Greenville, SC 29606-6332 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     2<br>Total                  16 |