UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  CASE NO. 17-11255-PGH
JEEA LLC,  Chapter 11
    Debtor.
_____/

### SECURED CREDITOR'S MOTION FOR CONTEMPT AND FOR SANCTIONS AGAINST DEBTOR

(Expedited Hearing Requested)

**Bayview seeks a hearing on this Motion before April 14th, 2017. Bayview moves on an expedited basis because of the Debtor's failure to comply with this Court's Interim Cash Collateral Order (ECF No. 42) the property taxes for the Property are now delinquent and, upon the passage of time, will become subject to a tax certificate sale and are accruing fees and interest. If not heard on an expedited basis, the value of Bayview's secured interest in the Property (as defined below) will be adversely affected. Bayview conferred with Debtor's counsel, but was unable to resolve the matter.**

Bayview Loan Servicing, LLC ("Bayview"), pursuant to 11 U.S.C. § 105(a), and Federal Rules of Bankruptcy Procedure 9020 and 9014, by and through undersigned counsel, hereby moves for entry of an order finding JEEA, LLC ("Debtor") in contempt of this Court's *Interim Order Authorizing Use of Cash Collateral* (ECF No. 42) (the "Interim Cash Collateral Order"), sanctioning Debtor for such violations by: (i) compelling the Debtor to pay the property taxes as required by the Interim Cash Collateral Order; (ii) requiring the Debtor to pay the attorneys fees and costs related to this Motion; and (iii) dismissing the above-styled bankruptcy case after the Debtor pays the property taxes and sanction amount, and in support thereof states as follows:

### Introduction

The Debtor filed this bankruptcy case seven days before foreclosure sale to seek the Bankruptcy Code's protection.

The Debtor sought, over Bayview's objection, to use cash collateral. The Court authorized the Debtor to use cash collateral on a limited basis; i.e. by conditioning its use on the Debtor paying the

2016 Palm Beach County property taxes. The Court recognized that the failure to pay the property taxes would cause harm to Bayview, including the diminution of its collateral.

The deadline Cash Collateral Order for the Debtor to pay the property taxes has passed. The Debtor failed to pay the property taxes and has violated this Court's Order.

Bayview requests that this Court find the Debtor in contempt, compel the Debtor to pay the property taxes, and award fees and costs in connection with bringing this Motion.

### Brief Background

1. Bayview is a secured creditor holding a security interest in, among other things, that real property owned by the Debtor and legally described as:

    CONDOMINIUM UNITS 1 AND 2 OF HHH COMMERCE CENTER, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 6606, PAGE 230, AND ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

(the "Property").

2. Pre-petition Bayview obtained a final foreclosure judgment. A foreclosure sale was set for February 6, 2017 ("Foreclosure Sale of the Property").

3. On January 31, 2017 (the "Petition Date"), JEEA, LLC (the "Debtor") filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") to cancel the Foreclosure Sale of the Property.

4. On February 3, 2017, Bayview filed its *Notice of Non-Consent to Use of Cash Collateral and Demand for Sequestration of Rents* (ECF No. 17) (the "Notice of Non-Consent") which, among other things, requested that the Debtor not use the cash collateral and to maintain same in a separate bank account.

2

5. On February 10, 2017, the Debtor filed its Motion to Use Cash Collateral (ECF No. 30) and response to the Notice of Non-Consent (ECF No. 34).

6. On February 15, 2017, the Court conducted a hearing on the Motion to Use Cash Collateral and Bayview's objection thereto ("Interim Cash Collateral Hearing"). (ECF No. 36). At the Interim Cash Collateral Hearing, Bayview requested that the Court condition the use of cash collateral on, among other things, the Debtor paying the 2016 Palm Beach County Property taxes for the Property before the deadline. The Court granted the relief sought.

7. On February 24, 2017, the Court entered its Interim Cash Collateral Order. (ECF No. 42). The Interim Cash Collateral Order included certain conditions on the Debtor's use of cash collateral including a requirement that:

> Debtor shall pay the 2016 Palm Beach County real estate taxes for the Subject Properties, in the total amount of $34,452.55 or such amount as is necessary to pay the year 2016 taxes for the Subject Property in total on or before March 31, 2017 [(the "Property Tax Deadline")].

(the "Property Tax Payment Requirement"). *Interim Cash Collateral Order* at ¶7.

8. The Debtor willfully failed to comply with the Property Tax Payment Requirement by the Property Tax Deadline.

9. As of April 4, 2017, the Palm Beach County Tax Collector's online records reflect that the 2016 property taxes for the Property remain unpaid.[1]

10. Bayview is harmed by the Debtor's failure to pay the taxes due to, among other things, the interest which is being accrued on the 2016 Property Taxes.

---

[1] Attached hereto as Composite Exhibit "A" are the Palm Beach County Tax Collector records for the Property. https://pbctax.manatron.com/tabs/propertyTax/accountdetail.aspx?p=06-42-47-01-18-000-0010&a=1085667 (accessed April 4, 2017) and https://pbctax.manatron.com/tabs/propertyTax/accountdetail.aspx?p=06-42-47-01-18-000-0020&a=1085668 (accessed April 4, 2017).

**RELIEF REQUESTED**

11.     Bayview seeks entry of an order, pursuant to § 105(a), and Federal Rules of Bankruptcy Procedure 9020 and 9014: (i) finding the Debtor in contempt for failing to comply with the Property Tax Payment Requirement in the Court's Interim Cash Collateral Order; and (ii) sanctioning the Debtor by, among other things: (A) compelling the Debtor to pay the 2016 property taxes for the Property in full; (B) requiring the Debtor to pay the attorneys fees and costs related to the preparation and prosecution of this Motion; (C) dismissing the bankruptcy case after the property tax and sanction amounts are paid.

12.     11 U.S.C. Section 105(a) allows "[t]he court [to] issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

13.     The Court has authority to find parties in contempt and to compel compliance with the Court's orders. *In re Spa at Sunset Isles Condo. Ass'n, Inc.*, 454 B.R. 898, 910 (Bankr. S.D. Fla. 2011) ("Of course, the Court retains its inherent authority to enforce compliance with its own orders."); *see also Jove Engineering, Inc. v. I.R.S.,* 92 F.3d 1539, 1553 (11th Cir.1996) ("courts have inherent contempt powers in all proceedings, including bankruptcy").

14.     "Section 105(a) 'grants courts independent statutory powers to award monetary and other forms of relief for automatic stay violations to the extent such awards are 'necessary or appropriate' to carry out the provisions of the Bankruptcy Code.'" *In re Trafford Distrib. Ctr., Inc.*, 414 B.R. 849, 857 (Bankr. S.D. Fla. 2009) (*citing Jove Eng'g v. IRS,* 92 F.3d 1539, 1555 (11th Cir. 1996)).

15.     Sanctions under Section 105(a) are appropriate to make whole a party damaged by the violation of the Court order. *See In re Roxwell Performance Drilling, LLC,* No. 13-50301-RLJ-11, 2014 WL 2800767, at *4 (Bankr. N.D. Tex. June 19, 2014) (citing *In re San Angelo Pro Hockey Club, Inc.,* 292 B.R. 118, 124 (Bankr. N.D. Tex. 2003) (a "major purpose of civil contempt is to compensate a party for damages sustained as the result of a violation of a court order or injunction.").

16. In this case the Court entered its Interim Cash Collateral Order pursuant to, among other sections, 11 U.S.C §§ 105 and 363. As part of the adequate protection the Court included the Property Tax Payment Requirement.

17. As a result of the failure to comply with the Property Tax Payment Requirement the value Bayview's secured interest in the Property is diminished.

18. Accordingly, it is appropriate to find that the Debtor has violated the Interim Cash Collateral Order and to enter an Order: (A) compelling the Debtor to pay the 2016 property taxes for the Property in full; (B) requiring the Debtor to pay the attorneys fees and costs related to the preparation and prosecution of this Motion; and (C) dismissing the bankruptcy case after the property tax and sanction amounts are paid.

WHEREFORE, the Debtor respectfully requests that the court enter an order: (1) finding that the Debtor has violated the Interim Cash Collateral Order by failing to comply with the Property Tax Payment Requirement in the Court's Interim Cash Collateral Order; (2) sanctioning the Debtor by, among other things: (A) compelling the Debtor to pay the 2016 property taxes for the Property in full; ; (B) requiring the Debtor to pay the attorneys fees and costs related to the preparation and prosecution of this Motion; and (C) dismissing the bankruptcy case after the property tax and sanction amounts are paid; and (3) granting such other and further relief as the Court deems just and proper.

Respectfully submitted this April 4, 2017.

        MESSANA, PA
        *Counsel for Bayview Loan Servicing, LLC*
        401 East Las Olas Boulevard, Suite 1400
        Fort Lauderdale, FL 33301
        Telephone: (954) 712-7400
        Facsimile: (954) 712-7401
        Email: tmessana@messana-law.com
        /s/ Thomas M. Messana
        Thomas M. Messana
        Florida Bar No. 991422
        Thomas G. Zeichman
        Florida Bar No. 99239

**Composite Exhibit "A"**



Anne M. Gannon
Constitutional Tax Collector
Serving Palm Beach County
P.O. Box 3353
West Palm Beach, FL 33402-3353

## Collection Cart

| | Items | Total | | |
|---|---|---|---|---|
| 🛒 Collection Cart | 0 | $0.00 | Checkout | View |

## Account Information

| Property Control Number | Property Type | Last Update |
|---|---|---|
| 06-42-47-01-18-000-0020 | Real Property | 4/4/2017 10:32:24 AM |

Mailing Address:
JEEA LLC
6353 W ROGERS CIR # 1 & 2
BOCA RATON , FL 33487-2757

Property Address:
6353 W ROGERS CIR 2
BOCA RATON FL 33487

Owner of Record
JEEA LLC

Deed Number:
0

### Legal Description
HHH COMMERCE CENTER COND UNIT 2

## Notice to Tax Payer

### Pay Online

To pay online, click the ADD TO CART button in the orange Shopping Cart (upper right side of screen).

The ⚠ image represents payment information. Hover over the image for the message.

The ℹ image represents information that the tax bill was undeliverable and returned by the U.S. Post Office.

### Delinquent Tax Information

- Payments must include an additional collection fee of $6.25 for each delinquent tax year once a tax certificate has been sold.
- If you see duplicate Tax Years or ⚠ below, it indicates delinquent taxes and/or a homestead tax lien that cannot be paid online. Read more here.
- If the bill number begins with a year (i.e. 2015:001234), a tax certificate was sold for delinquent property taxes. The year indicates the year the tax certificate was sold. For example, 2014 delinquent taxes were sold at the 2015 Tax Certificate Sale.
- Delinquent property taxes cannot be paid online. Read more here.

### Frequently Asked Questions

## Tax Bills

| Bill Year | Bill Type | Bill Number | Gross Tax | Penalty/Fees | Interest | Discount | Amount Due | |
|---|---|---|---|---|---|---|---|---|
| 2016 | Original Tax Bill | 101299333 | $20,339.81 | $0.00 | $610.19 | $0.00 | $20,950.00 | ⚠ |
| 2016 | Certificate | (05/31/2016) 2016:11357 | $19,498.99 | $0.00 | $974.95 | $0.00 | $20,473.94 | ⚠ |
| 2015 | Original Tax Bill | 101288492 | $18,022.18 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2014 | Original Tax Bill | 101300949 | $18,442.65 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |

| Bill Year | Bill Type | Bill Number | Gross Tax | Penalty/Fees | Interest | Discount | Amount Due |
|---|---|---|---|---|---|---|---|
| 2013 | Original Tax Bill | 101300246 | $18,506.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2012 | Original Tax Bill | 101301395 | $18,762.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2011 | Original Tax Bill | 101301584 | $18,966.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2010 | Original Tax Bill | 101302508 | $18,776.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2009 | Original Tax Bill | 269834000 | $22,002.76 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2008 | Original Tax Bill | 269916160 | $22,178.73 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2007 | Original Tax Bill | 269029070 | $17,772.93 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2007 | Certificate | (06/01/2007) 2007:12349 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



Anne M. Gannon
Constitutional Tax Collector
Serving Palm Beach County
P.O. Box 3353
West Palm Beach, FL 33402-3353

## Collection Cart

| | Items | Total | | |
|---|---|---|---|---|
| 🛒 Collection Cart | 0 | $0.00 | Checkout | View |

## Account Information

| Property Control Number | Property Type | Last Update |
|---|---|---|
| 06-42-47-01-18-000-0010 | Real Property | 4/4/2017 10:32:20 AM |

Mailing Address:
JEEA LLC
6353 W ROGERS CIR # 1 & 2
BOCA RATON , FL 33487-2757

Property Address:
6353 W ROGERS CIR 0010
BOCA RATON FL 33487

Owner of Record
JEEA LLC

Deed Number:
0

### Legal Description
HHH COMMERCE CENTER COND UNIT 1

## Notice to Tax Payer

### Pay Online

To pay online, click the ADD TO CART button in the orange Shopping Cart (upper right side of screen).

The ⚠ image represents payment information. Hover over the image for the message.

The ℹ image represents information that the tax bill was undeliverable and returned by the U.S. Post Office.

### Delinquent Tax Information

- Payments must include an additional collection fee of $6.25 for each delinquent tax year once a tax certificate has been sold.
- If you see duplicate Tax Years or ⚠ below, it indicates delinquent taxes and/or a homestead tax lien that cannot be paid online. Read more here.
- If the bill number begins with a year (i.e. 2015:001234), a tax certificate was sold for delinquent property taxes. The year indicates the year the tax certificate was sold. For example, 2014 delinquent taxes were sold at the 2015 Tax Certificate Sale.
- Delinquent property taxes cannot be paid online. Read more here.

### Frequently Asked Questions

## Tax Bills

| Bill Year | Bill Type | Bill Number | Gross Tax | Penalty/Fees | Interest | Discount | Amount Due |
|---|---|---|---|---|---|---|---|
| 2016 | Original Tax Bill | 101299656 | $14,112.74 | $0.00 | $423.38 | $0.00 | $14,536.12 ⚠ |
| 2016 | Certificate | (05/31/2016) 2016:11356 | $16,361.68 | $0.00 | $818.08 | $0.00 | $17,179.76 ⚠ |
| 2015 | Original Tax Bill | 101288072 | $15,121.29 | $0.00 | $0.00 | $0.00 | $0.00 ⚠ |
| 2014 | Original Tax Bill | 101300173 | $14,610.93 | $0.00 | $0.00 | $0.00 | $0.00 ⚠ |

| Bill Year | Bill Type | Bill Number | Gross Tax | Penalty/Fees | Interest | Discount | Amount Due | |
|---|---|---|---:|---:|---:|---:|---:|---|
| 2014 | Certificate | (06/01/2014) 2014:12255 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2013 | Original Tax Bill | 101300688 | $14,657.08 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2013 | Certificate | (06/01/2013) 2013:12359 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2012 | Original Tax Bill | 101301877 | $14,848.74 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2011 | Original Tax Bill | 101301849 | $14,967.62 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2010 | Original Tax Bill | 101302518 | $14,518.23 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2009 | Original Tax Bill | 269833460 | $15,826.65 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2008 | Original Tax Bill | 269915510 | $12,780.22 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2007 | Original Tax Bill | 269028420 | $10,104.72 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |
| 2007 | Certificate | (06/01/2007) 2007:12348 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ⚠ |